

DATE: May 05, 2008

FROM:
Artour Arakelian (56202-054)
BSCC, Air Park Unit
3700 Wright Ave.
Big Spring, TX-79720.

To-
The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District Of New York
500 Pearl Street, Room 2550
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

Re: Artour Arakelian V. United States
   08 Civ. 3224 (RPP)
   (Related Criminal Case: S2 04 Cr. 447 (RPP))
KIND ATTN. : DISTRICT COURT CLERK

Dear Judge Patterson,

I kindly request information regarding my motion for appointment of government appointed counsel. This motion was filed with your court on April 21, 2008.
Your early reply would be highly obliging.

Thank You

*Artour Arakelian*

**MEMO ENDORSED**

SEE TYPEWRITTEN MEMO ENDORSEMENT ATTACHED

[Handwritten endorsement:] Application Denied. The Court has been advised by the Probation Office that your motion papers were returned to you for failure to serve the United States Attorney's Office for the Southern District of New York. Accordingly there is no motion for government appointed counsel before the [court]. So ordered.
5/13/08  Robert P. Patterson USDJ

Case:       Artour Arakelian v. United States
Index No.   08 Civ. 3224 (RPP) / 04 Cr. 447 (RPP)


**MEMO ENDORSEMENT READS:**

*Application denied.*

*The Court has been advised by the Pro Se office that your motion papers were returned to you for failure to serve the United States Attorney's Office in the Southern District of New York. Accordingly, there is no motion for government-appointed counsel before me.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 5/13/08*