**U.S. Department of Justice**



United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 26, 2008

By Facsimile

The Honorable Robert P. Patterson, Jr.
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/27/08
```

MEMO ENDORSED

  Re: Artour Arakelian v. United States, 08 Civ. 3224 (RPP)
    (Related Criminal Case: S2 04 Cr. 447 (RPP))

Dear Judge Patterson:

  The Government is in receipt of Mr. Arakelian's memorandum of law in support of his motion to vacate, set aside, or correct his sentence pursuant to Title 28, United States Code, Section 2255, which memorandum is dated August 5, 2008. The Government respectfully requests that it be permitted until Friday, September 12, 2008, to file its response. Thank you for considering this request.

          Respectfully submitted,

          MICHAEL J. GARCIA
          United States Attorney

        By: _____
          Katherine Polk Failla
          Assistant United States Attorney
          Tel.: (212) 637-2324

cc: Artour Arakelian (by first class mail)

*Application granted
So ordered
Robt Patterson
USDJ
8/27/08*